IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00910-PAB-MEH

RAW FILMS, LTD.,

    Plaintiff,

v.

JOHN DOES 1-7,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 8, 2012.**

    The "Motion to Squash or Vacate" filed by Marie and Donald Williams [filed May 7, 2012; docket #12] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 11 ("[e]very ... written motion ... must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented."). The Williams' may re-file the motion in compliance with Rule 11 and all applicable federal and local rules.