IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00910-PAB-MEH

RAW FILMS, LTD.,

     Plaintiff,

v.

JOHN DOES 1-7,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 6, 2012.**

     Before the Court is a letter from Darrell M. Demeritt that has been construed as a Motion to Quash a Subpoena purportedly served on Comcast in Moorestown, New Jersey by the Plaintiff [filed May 16, 2012; docket #17]. Mr. Demeritt states that Comcast has "received a subpoena from the U.S. District Court for the District of New Jersey," but he does not attach a copy of the subpoena to his letter. Nevertheless, if true that the challenged subpoena was initiated from the district court in New Jersey, then this Court has no jurisdiction to hear the matter. *See* Fed. R. Civ. P. 45(c)(3)(A) ("[o]n timely motion, the *issuing court* must quash or modify a subpoena that ....") (emphasis added). Therefore, Mr. Demeritt's motion is **denied without prejudice**.